IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SHERELL M. SCOTT, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-0372-CV-W-DW |
| AMERISTAR CASINO, | ) |
| Defendant. | ) |

**ORDER DISMISSING CASE**

On September 24, 2007, the Court ordered Plaintiff to show cause w hy this case should not be dismissed for failure to participate in the discovery process. Plaintiff has not filed a response to the Court's Order and has failed to appear for her properly noticed deposition on October 11, 2007. On October 15, 2007, Defendant filed a motion to dismiss the case or alternatively, to extend the time for discovery.

The Court hereby DISMISSES the above-captioned action *with prejudice*. The Clerk of the Court is directed to terminate all pending motions and mark this case as closed. The Clerk of the Court is directed to deliver a copy of this Order by first class mail and by certified mail, return receipt requested, to Plaintiff at the following address: Sherell M. Scott, 228 Freedom Drive, Apt. Q., Belleville, IL 62226.

Date:   October 23, 2007                              /s/ Dean Whipple
                                                  Dean Whipple
                                         United States District Judge